# Ballard Spahr LLP

700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Justin E. Kerner
Tel: 856.761.3448
kernerj@ballardspahr.com

**The application is DENIED. The Clerk of Court is respectfully directed to close the motion at Docket No. 8.**

**Dated: May 31, 2022**
**New York, New York**

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

May 27, 2022

*By Electronic Filing*

The Honorable Lorna G. Schofield, District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Karten v. PNC Bank, National Association*
            Case No. 1:22-cv-03200-LGS

Dear Judge Schofield:

Ballard Spahr LLP represents PNC Bank, N.A. ("PNC") in the above-referenced action. We submit this letter motion to respectfully request an adjournment of the deadline and conference set by the Court's May 6, 2022 Order: i.e., the June 22, 2022 deadline to submit a joint letter and the June 29, 2022 initial pretrial conference.[1]

Pursuant to Your Honor's Individual Rules and Procedures for Civil Cases, we offer the following information in support of the request for adjournment:

(1) we respectfully request that the conference be rescheduled on a date on or after July 29, 2022, with the parties' joint letter due one week before the conference;

(2) there have been no previous requests for adjournment or extension of this or any other deadline; and

(3) Plaintiff's counsel (copied here by virtue of electronic filing) consents to this request.

---

[1] Notably, both the submission of the joint letter and the initial pretrial conference are slated to take place before PNC must respond to the Complaint. PNC received a waiver of service on May 3, 2022, and its Answer or Motion to Dismiss is due by July 5, 2022. *See* Docket Text accompanying ECF No. 6.

A PA Limited Liability Partnership | Jeffrey S. Beenstock, Managing Partner

The Honorable Lorna G. Schofield, District Judge
May 27, 2022
Page 2

This request for adjournment is timely filed. *See* 5-6-2022 Order, at 2 (ECF No. 7) ("Any request for an extension or adjournment shall be made only by letter as provided in Individual Rule I.B.2 and must be received at least forty-eight (48) hours before the deadline or conference.").

Respectfully submitted,

*s/ Justin Kerner*

Justin Kerner


cc: All Counsel of Record (via CM/ECF)

DMFIRM #403412782 v1