UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HARRY KARTEN,
                            Plaintiff,

                       22 Civ. 3200 (LGS)

             -against-

                       ORDER

PNC BANK, NATIONAL ASSOCIATION,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference was held on July 6, 2022. For the reasons discussed at the conference, it is hereby

      **ORDERED** that by **August 5, 2022**, Plaintiff shall either file (i) an amended complaint or (ii) a letter stating that he does not intend to amend the Complaint. It is further

      **ORDERED** that by **August 24, 2022**, the parties shall file a joint letter regarding the status of settlement discussions, including a proposed briefing schedule for Defendant's motion to dismiss the operative complaint.

Dated: July 7, 2022
       New York, New York

                                          LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE