UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HARRY KARTEN,
                        Plaintiff,

             -against-                           22 Civ. 3200 (LGS)

PNC BANK, NATIONAL ASSOCIATION,                 ORDER
ET AL.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated July 7, 2022, required the parties to file a status letter on September 6, 2022, as outlined in Individual Rule IV.A.2;

    WHEREAS, the parties failed to submit the letter. It is hereby

    **ORDERED** that, by **September 9, 2022**, the parties shall file the status letter.

Dated: September 7, 2022
        New York, New York

                                                            LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE