```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
HARRY KARTEN,                                                :
                                    Plaintiff,               :
                                                             :       22 Civ. 3200 (LGS)
                -against-                                    :
                                                             :              ORDER
PNC BANK, NATIONAL ASSOCIATION,                              :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff Harry Karten brought this action against Defendants PNC Bank, National Association ("PNC") and Isaac Udotong;

WHEREAS, PNC filed an interpleader complaint asserting a counterclaim against Karten, a cross-claim against Udotong and a third-party claim against Estrella Ramson Enterprises, LLC ("ERE");

WHEREAS, PNC's motion to deposit the interpleader funds into the Court's Registry and for dismissal from the case and discharge from liability was granted (Dkt. No. 63);

WHEREAS, ERE has been served with process, failed to appear to answer and by its default has forfeited any claim to the funds at issue, *see N.Y. Life Ins. Co. v. Conn. Dev. Auth.*, 700 F.2d 91, 94-95 (2d Cir. 1983); *accord Bank of Am., N.A. v. Morgan Stanley & Co. Inc.*, No. 10 Civ. 6322, 2011 WL 2581765, at *4 (S.D.N.Y. June 24, 2011);

WHEREAS, by stipulation dated March 10, 2023, Karten dismissed all claims against Udotong, and Udotong dismissed all potential claims to the interpleader funds;

WHEREAS, on March 17, 2023, Karten's motion to disbursement of the interpleader funds was GRANTED, and on April 13, 2023, the funds were disbursed to Karten.  It is hereby

**ORDERED** that all remaining claims in this action are dismissed.

The Clerk of Court is respectfully directed to close the case.

Dated: April 20, 2023
New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE